COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY



# Rescheduling Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-05-2-20 |
| MDJ Name: | Honorable Ronald A. Arnoni |
| Address: | Hiras Professional Building<br>2414 Lytle Road Suite 200<br>Bethel Park, PA  15102 |
| Telephone: | 412-835-1661 |

U.S. Postal Service
2211 Lesnett Rd
Pittsburgh, PA  15241

Gregory Saul, Annette Saul
v.
U.S. Postal Service

Docket No:   MJ-05220-CV-0000022-2023
Case Filed:  1/30/2023

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing was previously scheduled on April 12, 2023 / 12:00 PM.  It has been rescheduled to be held on/at:

| | |
|---|---|
| Date: **Monday, May 1, 2023** | Place: Magisterial District Court 05-2-20,  Bethel Park<br>Hiras Professional Building<br>2414 Lytle Road Suite 200<br>Bethel Park, PA  15102<br>412-835-1661 |
| Time: **10:00 AM** | |

Continuance requested by U.S. Postal Service
Reason: Complaint Not Served

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense.  Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.Civ.P.M.D.J. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.Civ.P.M.D.J. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation.

MDJS 308
Printed: 04/06/2023 10:09:38AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
412-350-5419

# Notice of Language Rights



Language Access Coordinator
Suite 300 Frick Bldg. 437 Grant Street Pittsburgh, PA 15219
412-350-5419
courtaccess@alleghenycourts.us

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिएएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اُوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ਪੰਜਾਬੀ/India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਉ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

JAN 30 2023



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY

# CIVIL COMPLAINT

| Mag. Dist. No: | MDJ-05-2-20 |
|---|---|
| MDJ Name: | Honorable Ronald A. Arnoni |
| Address: | Hiras Professional Building<br>2414 Lytle Road Suite 200<br>Bethel Park, PA 15102 |
| Telephone: | 412-835-1661 |

PLAINTIFF: NAME and ADDRESS
Gregory and Annette Saul
1518 Scenery Ridge Drive
Pittsburgh Pa 15241

V.

DEFENDANT: NAME and ADDRESS
U.S. Postal Service
2211 Lesnett Rd.
Pittsburgh, PA 15241

Docket No: CV22-2023
Case Filed: 1-30-2023

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 101.25 | 1/30/23 |
| POSTAGE | $ 8.65 | / / |
| SERVICE COSTS | $ 22.05 | 3/8/23 |
| CONSTABLE ED. | $ 5.00 | / / |
| TOTAL | $ | / / |

Pa.R.Civ.P.M.D.J. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 200.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

During the delivery of daily mail on Friday 1-6-23 our postman sped his/her delivery truck up our driveway to deliver a package. On the way back down our driveway the driver swung wide to turn onto the road but the truck went into our yard, wet from winter weather, causing deep ruts and piling sod onto our driveway. Seeking property damage/repair costs

I, Gregory J. Saul verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.Civ.P.M.D.J. 207.1.

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL
Printed: 05/06/2022 10:32:05AM

1

FREE INTERPRETER
www.pacourts.us/language-rights

# COMMONWEALTH OF PENNSYLVANIA



## COUNTY OF ALLEGHENY

Hiras Professional Building
2414 Lytle Road, Suite 200
Bethel Park, Pa 15102

## Honorable Ronald A. Arnoni
## Magisterial District 05-2-20
Bethel Park/Upper St. Clair

Office: (412) 835-1661
Fax: (412) 835-4060

### Instructions for Civil Court Hearings:

When you appear for your civil hearing please remember the following:

- Please be on time to court.
- Bring with you any supporting documents to justify the claim that was filed, or to help defend yourself against the claim. Documents may include photos, emails, itemized statements, bills, text messages, et.al. All documents must be printed, the Judge will not view any digital images.
- Written statements from third parties are considered hearsay and are not admissible in court. If you require a third party to be present to testify on your behalf you can contact the court about issuing a subpoena. You can serve the subpoena on your own, or have the court serve it for an additional fee.
- If you are the defendant and wish to be present for the hearing you must notify this office at least 7 days prior to the hearing.
- It is not necessary, but as a courtesy try to make contact with the other party to try to reach a settlement before the court date. If you are able to reach a settlement please be advised that the filing fee is non-refundable, and a letter will need to be sent from the plaintiff in order to cancel the hearing.
- If you wish to file a counterclaim it must be filed at least 5 days prior to the original hearing date. There is a filing fee for a counterclaim.
- If a decision is not rendered the day of the hearing you will be notified by mail of the decision within 5 days.
- Each party has the right to appeal the decision within 30 days of the judgement. Appeal instructions are mailed with the judgement notice.
- If you were awarded judgement, and the other party has not satisfied the judgement, there are two further actions that can be taken to try to collect the judgement. You must wait 36 days from the date of the judgement. Depending on the address of the other party you may file an Order of Execution. With this order a constable would go to the property of the other party and levy items to equal the amount of money owed to you. An auction date is set, if people appear to bid on the property then the money is overturned to you. If no one appears then the property will be turned over to you. There is a fee to file this order. If the address is not within the court's jurisdiction, then you may have to file the Order of Execution through the Sheriffs Department for a fee.
- The other action you can take is you can obtain a certified copy of the judgement notice from our office at no charge. You would then take the certified judgement downtown to the Department of Court Records downtown to file a lien against them. Department of Court Records would notify you of the fee upon filing.
- The court is not permitted to give legal advice. If you have legal questions please contact Neighborhood Legal Services at 412-255-6700, or contact Lawyer Referral Service at 412-261-5555.

**Rules are subject to change. Please check applicable law requirements.**

Rev.1/9/2019

# COMMONWEALTH OF PENNSYLVANIA



## COUNTY OF ALLEGHENY

Hiras Professional Building
2414 Lytle Road, Suite 200
Bethel Park, Pa 15102

Honorable Ronald A. Arnoni
Magisterial District 05-2-20
Bethel Park/Upper St. Clair

Office: (412) 835-1661
Fax: (412) 835-4060

# NOTICE REGARDING CIVIL HEARINGS

**If you intend to enter a defense to this complaint, you should NOTIFY THIS OFFICE IMMEDIATELY AT (412) 835-1661.**

Notice must be given at least seven (7) days in advance.

You must appear at the hearing and present your defense.
Postponements will be considered
<u>ONLY</u>
IF SUBMITTED IN WRITING AT LEAST (5) DAYS IN ADVANCE
OF YOUR SCHEDULED HEARING.  NO TELEPHONE
POSTPONEMENTS WILL BE ACCEPTED,
Except in the most extreme emergency.

<u>PLEASE CHECK IN AND SIGN YOUR NAME AT THE COUNTER
WHEN YOU ARRIVE.</u>

Rev. 10/25/17